## CLANCEY v. THE STATE.
(Decided June 13, 1912.)

APPEAL from Perry Circuit Court.

Heard before Hon. B. M. MILLER.

W. L. PITTS, and W. T. HENDON, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Dismissed on account of escape of appellant.

---

## ENGLAND, ET AL. v. MOORE, ET AL.
(Decided June 13, 1912.)

APPEAL from Perry Circuit Court.

Heard before Hon. B. M. MILLER.

LONDON & FITTS, and W. M. FOWLKES, for appellant A. D. PITTS, and STEWART & STEWART, for appellee.

Per curiam. Affirmed for want of assignment of error.

---

## EX PARTE McCARTY.
(Decided June 18, 1912.)

Original petition in Supreme Court.

SPROTT & BROCKAWAY, and J. M. FOSTER, for petitioner. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

McCLELLAN, J.—Writ of certiorari denied.

---

## EX PARTE WHITE.
(Decided June 18, 1912.)

Original petition in Supreme Court.

DANIEL W. TROY, for petitioner. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for State.

Per curiam. Petition denied.